UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC -4 P 2:29
US DISTRICT COURT
HARTFORD CT

STEPHEN GOLD,
    *plaintiff,*

V.

DEPARTMENT OF PUBLIC
SAFETY, *et al.*,
    *defendants.*

NO. 3:02CV-1612 (RNC)

DECEMBER 3, 2003

## MOTION TO COMPEL COOPERATION IN DISCOVERY

Pursuant to the provisions of Rule 37(a)(2)(B) of the Federal Rules of Civil Procedure, the defendants respectfully request that this court order the plaintiff to cooperate in discovery by making himself available for a deposition, or to suffer the dismissal of this lawsuit. In support of this motion, the defendants represents as follows:

1. On December 31, 2002, the defendants sent a Notice of Deposition to the plaintiff through his counsel, Attorney Robert S. Kolesnik. Prior to February 27, 2003, the scheduled date of the deposition, Attorney Kolesnik contacted counsel for the defendants and asked that the deposition of his client be postponed. Counsel agreed. A copy of the Notice of Deposition is attached at Tab A.

2. On August 4, 2003, the defendants sent a Re-notice of Deposition to the plaintiff through his counsel, Attorney Robert S. Kolesnik. Prior to August 28, 2003, the scheduled date of the deposition, Attorney Kolesnik contacted counsel for the defendants and asked that the deposition of his client be postponed. Counsel agreed. A copy of the Notice of Deposition is attached at Tab B.

3. On October 1, 2003, the defendants sent a Second Re-notice of Deposition to the plaintiff through his counsel, Attorney Robert S. Kolesnik. Prior to November 14, 2003, the scheduled date of the deposition, Attorney Kolesnik again contacted counsel for the defendants and asked that the deposition of his client be postponed. Counsel agreed. A copy of the Notice of Deposition is attached at Tab C.

4. On November 17, 2003, counsel for the defendants corresponded with Attorney Kolesnik asking that he provide dates upon which it would be possible to depose his client. Attorney Kolesnik telephoned counsel for the defendants in response to this letter, and promised to consult his client who had since moved to South Dakota.

5. To date, counsel for the defendants has received no written reply to his correspondence, nor has plaintiff's counsel provided the requested dates upon which the plaintiff could be deposed.

6. There is currently pending a second Motion To Compel Cooperation In Discovery arising out of the plaintiff's continuing failure to provide responses to the Defendants' Interrogatories And Requests For Production dated October 29, 2002.

7. The deposition of the plaintiff is crucial to the defendants' ability to prepare their case and to present an effective defense against the plaintiffs' allegations of wrongdoing on their part. Absent the requested deposition, the defendants' ability to investigate the allegations of wrongdoing proffered, prepare for the deposition of the plaintiff, to cross-examine the plaintiff, and to present appropriate witnesses during the course of the trial will be severely prejudiced.

WHEREFORE, the defendants requests that the plaintiff be ordered to immediately comply with the rules of discovery by making himself available for his deposition or suffer the

dismissal of this lawsuit with prejudice. In addition, the defendant requests that his expenses in the making of this motion, including reasonable attorney's fees, be allowed in accordance with Rule 37(a)(4)(A) of the Federal Rules of Civil Procedure in the amount of $ 306.80 in accordance with the Bill of Costs and Request for Attorney's Fees attached hereto at Tab E, and counsel's Affidavit and Certification of Good Faith attached hereto at Tab F.

DEFENDANTS
State of Connecticut, Department of Public Safety, Kenneth Dillon, John Covello, Adam Wagnblas and Arthur Walkley

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105
Tel. (860) 808-5450
Federal Bar #ct05129
E-mail: stephen.sarnoski@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed, first-class, postage prepaid, to the following on this the ___3rd___ day of ___December___, ___2003___:

Robert S. Kolesnik, Esq.
Kolesnik & Norris
80 Central Avenue
Waterbury, Connecticut 06702

_____
Stephen R. Sarnoski
Assistant Attorney General

4