UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN GOLD, | : |
|     Plaintiff, | : |
| v. | : CASE NO. 3:02CV1612(RNC) |
| DEPT. OF PUBLIC SAFETY, ET AL., | : |
|     Defendants. | : |

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___  To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___  To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___  A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___  To conduct settlement conferences (orefmisc./cnf);

___  To conduct a prefiling conference (orefmisc./cnf);

___  To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_  A ruling on the following pending motion (orefm.): Motion To Compel Cooperation in Discovery [doc. 31]

So ordered.

Dated at Hartford, Connecticut this 10 day of December 2003.

　　　　　　　　　　　　　　　　　Robert N. Chatigny
　　　　　　　　　　　　　　　　　United States District Judge