UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC -4 P 2: 29
US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| STEPHEN GOLD, | : | NO. 3:02CV-1612 (RNC) |
|     *plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| DEPARTMENT OF PUBLIC | : | |
| SAFETY, *et al.,* | : | |
|     *defendants.* | : | DECEMBER 3, 2003 |

## MOTION TO COMPEL
## COOPERATION IN DISCOVERY

Pursuant to the provisions of Rule 37(a)(2)(B) of the Federal Rules of Civil Procedure, the defendants respectfully request that this court order the plaintiff to cooperate in discovery by making himself available for a deposition, or to suffer the dismissal of this lawsuit. In support of this motion, the defendants represents as follows:

    1. On December 31, 2002, the defendants sent a Notice of Deposition to the plaintiff through his counsel, Attorney Robert S. Kolesnik. Prior to February 27, 2003, the scheduled date of the deposition, Attorney Kolesnik contacted counsel for the defendants and asked that the deposition of his client be postponed. Counsel agreed. A copy of the Notice of Deposition is attached at Tab A.

    2. On August 4, 2003, the defendants sent a Re-notice of Deposition to the plaintiff through his counsel, Attorney Robert S. Kolesnik. Prior to August 28, 2003, the scheduled date of the deposition, Attorney Kolesnik contacted counsel for the defendants and asked that the deposition of his client be postponed. Counsel agreed. A copy of the Notice of Deposition is attached at Tab B.

---

*Handwritten margin note (left side):* GRANTED in part; DENIED in part. The plaintiff shall make himself available to defendant's counsel for a deposition on a mutually convenient date and time within 21 days of this order. The defendant's request for attorney's fees and costs is DENIED. SO ORDERED.

Donna F. Martinez, U.S.M.J.
1/12/04