UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN GOLD,<br>    *plaintiff,* | NO. 3:02CV-1612 (RNC) |
| V. | |
| DEPARTMENT OF PUBLIC<br>SAFETY, *et al.,*<br>    *defendants.* | JANUARY 13, 2004 |

## MOTION FOR ORDER OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, the plaintiff, by and through his counsel, hereby moves for the dismissal of the above captioned lawsuit, with prejudice. The plaintiff further respectfully requests that the provisions of the attached Stipulation of Settlement be incorporated herein consistent with *Kokkonen v. Guardian Life Insurance Co. of America,* 511 U.S, 375, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994).

THE PLAINTIFF
Stephen Gold

Robert S. Kolesnik, Esq.
Kolesnik & Norris
80 Central Avenue
Waterbury, Connecticut 06702
Fed. Bar No. 06-1049342
Tel: (203) 574-5233
HIS ATTORNEY

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Order of Dismissal was mailed, first-class, postage pre-paid, to all pro se parties and/or counsel of record on this the 6th day of February, 2004.

Stephen R. Sarnoski, Esq.
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut 06105

_____
Robert S. Kolesnik, Esq.
PLAINTIFF'S ATTORNEY